COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARK HALLADAY, | § | No. 08-10-00344-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20040D00900) |
| Appellee. | § | |

## MEMORANDUM  OPINION

Pending before the Court is a motion to dismiss filed by Appellant pursuant to Texas Rule of Appellate Procedure 42.2(a). The motion was filed before our decision in the case and is signed by Appellant and his attorney. Further, a duplicate copy of the motion has been forwarded to the trial court clerk. Because the motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


March 23, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)